
**MR**

RECEIVED VKM
9/5/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Michael C. Mayo

VS.                                    Case No:

Tom Dart (Sheriff)
John Doe
Jane Doe

**1:24-cv-8127
Judge: John J. Tharp
Magistrate M. David Weisman
DIRECT / CAT 3
PC7**

# COMPLAINT UNDER THE CIVIL RIGHTS ACT,
# TITLE 42 SECTION 1983 U.S. Code
(state, county, or municipal defendants)

(1)

# PROFILE INFORMATION FORM

1. Name:

Michael     Cooper     Mayo
(First)     (Middle)     (Last)

2. List any current/prior prison identification number(s): N/A.

3. Jail identification number(s): 20181127027
    Name of jail(s): Cook County

4. Date of birth 12-20-1976

5. Home address
    Street number and name: 530 East 88th Street
    City, State and Zip Code: Chicago, IL 60619

(2)

I. Plaintiff:

A. Name: Michael Cooper Mayo

B. List all aliases: N/A

C. Prisoner identification number: 2018l127027

D. Place of present confinement: Cook County Jail

E. Address: 2700 South California Chicago, IL 60608

II. Defendant(s):

A. Defendant: Tom Dart

Title: Cook County Sheriff

Place of Employment: Cook County Dept. of Corrections

B. Defendant: John and Jane Doe

Title:

Place of Employment: Cook County Jail

III. List ALL lawsuits you have filed in any state or federal court in the United States:

A. Name of case and docket number: Mayo V. Dart, et al. 21-CV-04653

B. Approximate date of filing lawsuit: 2021

C. List all plaintiffs: Michael Cooper Mayo

D. List all defendants: Larry Gavin, Karen Jones-Hayes, Danita Delitz, Brendon Lombardi, Director Miller, Officer Buchanan, Tom Dart, and LT. Douge

E. Court in which the lawsuit was filed: Federal Court (Northern District Eastern Division)

F. Name of judge: Hon John J. Tharp Jr.

G. Basic claim made: Failure to Protect, Excessive Force and Retaliation

H. Disposition of this case: Settled 2024

I. Approximate date of disposition: 2024

(4)

III. Continued

A. Name of case and docket number: Mayo V. Dart
   21-CV-05014

B. Approximate date of filing lawsuit: 2021

C. List all plaintiffs: Michael Cooper Mayo

D. List all defendants: Tom Dart

E. Court in which the lawsuit was filed: Federal Court
   (Northern District Eastern Division)

F. Name of judge: Hon. M. David Weisman

G. Basic claim made: COVID-19 Exposure

H. Disposition of this case: Settled

I. Approximate date of disposition: 2024

## IV. Statement of Claim:

I have been detaineed at the Cook County Jail since Nov. 27, 2018. I am a disabled veteran who requires the use of a wheelchair. In the last two years I haven been prohibited from going to the gym where courts are being held by zoom, because the gym is not handicap accessible. As a result I am taken to a room on the same floor as my tier (3F RTU) for zoom court. This has become a chronic problem because for at least 10 court dates (in person and by zoom) I have been picked up late, not at all, or miss placed and unable to be found in the jail (April 14, 2023), resulting in a missed court date and an inevitable court continuance. My lawyer (Dean C. Movask) has sent several letters to the superintendent of Division 8-RTU. The first letter dated April 14, 2023 States: "Mr. Mayo was to be in court in person on April 14, 2023. At 10:45 am., he had still not left the jail. The case was continued to April 21, 2023 before Judge Gillespie, room 107, in Skokie and Mr. Mayo is to be there in person and on time. Mr. Mayo has missed countless zoom and in person sessions to the point his absence in court is intolerable.

*Statement of Claim Continued :*

Please have the courtesy to obey the judge's writ and have him in court on time, as he is supposed to be. If you have any questions, please contact me." (Exhibit A) On this particular day I was woken up at 5:30 AM, placed in a bullpin for over five hours and no one from the next shift knew where I was. It was presumed that I had escaped and multiple sergeants came to my tier (3F RTU) to interview my roommates. When I was finally found I was rushed to court (my wheelchair was not straped down in van and I flipped over, Grievance filed), but was too late and got a continuance until April 21, 2023. My lawyer's letter to the Superintendent, on April 14, 2023 had no effect, for the remainder of 2023 and into 2024, CCDOC continued to bring me to court late or not at all. On March 29, 2024 my lawyer wrote another letter to the superintendent for Div 8 RTU and stated: "Division Eight consistently does not bring my client to appear in court in Skokie, room 107, by zoom. It happened again today, March 29, 2024. It has happened at least seven times previously. My client has a right to appear in court on his cause. His case was reset to April 12, 2024. Please assure he is in

Statement of Claim Continued:

court on zoom or I will ask the judge for process to assure he is in attendance." (Exhibit B)

Grievance filed April 8, 2024 (Exhibit C)

On my next court date April 12, 2024 I was brought to court late and got a continuance until April 19, 2024. (Grievance filed April 12, 2024 Exhibit D)

On May 23, 2024 I had court, but missed again because I was brought to court late. Case was continued to June 7, 2024. (Grievance filed May 25, 2024 Exhibit E)

During the discovery process plaintiff is sure his claims will be boistered by Jail/court records and witness testimony. Plaintiff finds Tom Dart liable because he either implemented policy or endorsed those who implemented policy that negatively effected plaintiff. John and Jane Doe are liable for deliberate indifference, violations of Americans Disability Act and due process violations. For each court date that plaintiff missed there was a court pass printed for plaintiff and issued to the tier officer assigned to plaintiff's tier. Not only were tier officers aware plaintiff had court, but plaintiff can be seen on tier cameras approaching officers to remind them

(8)

## Statement of Claim Continued:

he had court. I addition defendants violated plaintiff's rights under ADA because the gym where court is held is not handicap accessable, causing plaintiff to be seperated from everyone else and not taken to court. Plaintiff has a right to be in court, defendants failure to do so is a violation of plaintiffs due process rights. Plaintiff seeks personal monetary relief and injunctive relief for all disabled individuals in custody who use wheelchairs.

## V. Relief:

Plaintiff seeks compensatory, punitive and nominal relief. Plaintiff further seeks injunctive relief for all disabled individuals in custody who use wheelchairs. Also any awards the court finds proper and just.

**VI.** The plaintiff demands that the case be tried by a jury.

# CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 23rd day of August, 2024

_Michael C. Mayo_
(Signature of plaintiff)

Michael C. Mayo
(Print name)

20181127027
(ID. Number)

2700 South California Chicago, IL 60608
(Address)



Exhibit A

**DEAN C. MORASK**
*Attorney at Law*
*416 Higgins Rd., Suite B*
*Park Ridge, Illinois 60068*
*Office: (312)360-0723*
*Fax: (847) 696-7182*
*dcmorask@gmail.com*

April 14, 2023

Superintendent for Division 8-RTU
Cook County Jail
2800 South California Avenue
Chicago, Illinois 60608
**Via Facsimile (773) 869-5441**
**Email: dwjs@cookcountysheriff.org**

      **Re:    Michael Mayo, I.D. No. 2018-1127027**

Dear Superintendent:

Mr. Mayo was to be in court in person on April 14, 2023. At 10:45 am., he had still not left the jail. The case was continued to April 21, 2023 before Judge Gillespie, room 107, in Skokie and Mr. Mayo is to be there in person and on time.

Mr. Mayo has missed countless zoom and in person sessions to the point his absence in court is intolerable.

Please have the courtesy to obey the judge's writ and have him in court on time, as he is supposed to be. If you have any questions, please contact me.

Sincerely,

Dean C. Morask
DCM:mc

cc:    Michael Mayo, I.D. No. 2018-1127027

(12)

# Exhibit B

**DEAN C. MORASK**
*Attorney at Law*
*416 Higgins Rd., Suite B*
*Park Ridge, Illinois 60068*
*Office: (312)360-0723*
*Fax: (847) 696-7182*
*dcmorask@gmail.com*

March 29, 2024

Superintendent for Division 8-RTU
Cook County Jail
2800 South California Avenue
Chicago, Illinois 60608
**Via Facsimile (773) 869-5441**
**Email: dwjs@cookcountysheriff.org**

      **Re:   Michael Mayo, I.D. No. 2018-1127027**

Dear Superintendent:

Division Eight consistently does not bring my client to appear in court in Skokie, room 107, by zoom. It happened again today, March 29, 2024. It has happened at least seven times previously. My client has a right to appear in court on his cause. His case was reset to April 12, 2024. Please assure he is in court on zoom or I will ask the judge for process to assure he is in attendance.

Sincerely,

Dean C. Morask
DCM:mc

cc:    Michael Mayo, I.D. No. 2018-1127027

(14)



Exhibit C

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | (! Para ser llenado solo por el personal de IIC Services !) |
|---|---|
| ☐ Emergency Grievance  ☐ Grievance  ☐ Non-Compliant Grievance   *(1 of 2)* | ☐ Cermak Health Services  ☐ Superintendent:_____  ☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo)*: Mayo | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo)*: Michael | BOOKING NUMBER *(# de identificación)*: 20181127027 |
|---|---|---|
| DIVISION *(División)*: 8 | LIVING UNIT *(Unidad)*: 3F | DATE *(Fecha)*: April 8, 2024 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.

**Your grieved issue must meet all criteria listed below in order to be assigned a number #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language and must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

#### Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.

*El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.*

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibido una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| March 29, 2024 | 7:30 Am -11:30 AM | Division 8/3F | Tom Dart CCDOC |

I have been detained at the Cook County Jail since Nov. 27 2018. I am a disabled veteran who requires the use of a wheelchair for long distance. In the last two years I have been prohibited from going to the gym where courts are being held by zoom, because the gym is not handicap accessible. As a result I am taken to a rec in another same floor as my tier for zoom court. This has become a chronic problem because for at least 10 court dates I have been picked up late or not at all resulting in a

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo custodia):* Michael Mayo |
|---|---|

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. | | |
|---|---|---|
| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: 4/8/24 |
| | CRW NOTATION OF SENT EMAIL (Print): | DATE EMAIL NOTIFICATION SENT: |

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

(2 of 2)

- ☐ Cermak Health Services
- ☐ Superintendent:_____
- ☐ Other: _____

PRINT - INMATE LAST NAME *(Apellido del Preso):* Mayo

PRINT - FIRST NAME *(Primer Nombre):* Michael

INMATE BOOKING NUMBER *(# de identificación del Preso):* 20181127027

DIVISION *(División):* 8

LIVING UNIT *(Unidad):* 3F

DATE *(Fecha):* April 8 2024

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearing officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grievance form must not contain offensive or harassing language.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| March 29 2024 | 7:30AM-10AM | Division 8/3F | Tom Dart CCDOC |

court date and an inevitable court continuance. The most ... current court date was March 29 2024. My lawyer has ... letter to the division commander requesting ... the ... would make sure I attend court, But I continue to ... TB? ... on hand this chronic absence would not ... My next court date is April 12 2024, please make ... I can ... attended. This is a due process violation and if it ... I would seek legal advice for a remedy.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE: *(Firma del Preso):* Michael Mayo

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 4/6/24 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual In Custody SHORT #: |
|---|---|
| 2024X04172 | 774313 |
| PRINT: CRW LAST NAME | Hatchr |

## INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

**Individual In Custody LAST NAME:** Mayo

**Individual In Custody FIRST NAME:** Michael

**BOOKING ID #:** 2018/127027

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** Jail Security Procedure (Movement)

**IMMEDIATE CRW RESPONSE (if applicable):** N/A

**CRW/ REFERRED THIS GRIEVANCE TO** *(Example: Superintendent, Cermak Health Services)*: Div Supt ERTV

**DATE REFERRED:** 4 / 8 / 24

## RESPONSE BY PERSONNEL HANDLING REFERRAL

Movement from cells are/have been conducted when the RTU requires of detainees by the CRW Movement Plan. Visits, court and attorney calls are not conducted by the court and to any compliance or basis beyond the RTU or be conducted as per current situation.

| RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR# | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| PRINT Director, 9?? PRINT | (signature) | Court/In | 4 / 18 / 24 |

## THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY ! *(Esta sección debe ser completada por el individuo.)*

**INDIVIDUAL IN CUSTODY SIGNATURE** *(Firma del individuo bajo custodia.)*: Michael Mayo

**DATE RESPONSE WAS RECEIVED** *(Fecha en que la respuesta fue recibida)*: April 18, 2024

## INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL *( Solicitud de apelación del individuo )*

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.
*Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** *(Base de apelación del individuo.)*
**DATE OF APPEAL REQUEST:** *(Fecha de la solicitud de la apelación.)* April 15 2024

This is a violation of my Due Process rights. I am in CCDOC custody and I am missing court on a regular Basis.

## DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*

Yes ☐  No ☑

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

Original Response to stand - w/Div unable to substantiate IIC claims. Attorney may choose to re-address w/ CCDOC if so desired.

**IIC SERVICES DIRECTOR/DESIGNEE** *(Director de Servicios de IIC / Designado)*:

**SIGNATURE** *(Firma)*:

**DATE** *(Fecha)*: ___ / ___ / ___

*Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.*
*(Su respuesta de apelación y/o decisión será entregado al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

**DATE APPEAL RESPONSE/DECISION WAS FORWARDED:**
*(Fecha en que se envió la respuesta/decisión de apelación.)*
/ / APR 22 2024

# Exhibit D

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
### INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodia)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent:_____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo)*: | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo)*: | BOOKING NUMBER *(#de identificación)* |
|---|---|---|
| Mayo | Michael | 20181127027 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 8 | 3F | April 12, 2024 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.

*Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.*

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance issue must not contain offensive or harassing language and must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.

*El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.*

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibido una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| April 12 2024 | 11:30 AM | Division 8/3F | Team Boat CCDOC |

Today I was suppose to be in court by Team. My lawyer Debra Moore was on zoom at 9:30 Am waiting for me ... I was not taken to zoom court until 11:30 AM ... after my lawyer had left. My court date has been push Back to April 19th ... These missed court continue to happen over and over. My lawyer ... ... to the court ... ... has a RTU and I ...

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo custodia:)* |
|---|---|
| | Michael Mayo |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECEIVED: |
|---|---|---|
| Hatcher | | 4/19/24 |

| CRW NOTATION OF SENT EMAIL (Print): | DATE EMAIL NOTIFICATION SENT: |
|---|---|
| | |

(FCN-07) ( FEB 23)　　(**WHITE COPY** – IIC SERVICES DEPT.) (20)　　(**YELLOW COPY** – CRW)　　(**PINK COPY** – INDIVIDUAL IN CUSTODY)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPE**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual In Custody SHORT #: |
|---|---|
| 2024X04157B<br>PRINT: CRW LAST NAME | 794313 |
| | Holehur |

## INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

| Individual In Custody LAST NAME: Mays | Individual In Custody FIRST NAME: Michael | BOOKING ID # : 2018-1127027 |
|---|---|---|

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 55c County Procedures (Movement)

**IMMEDIATE CRW RESPONSE (if applicable):** N/A

**CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):** Div Supt CRTU          **DATE REFERRED:** 19/Apr/2024

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Zoom court staff did not receive notifications that IIC mays court appearance was delayed. IIC mays late court appearance is unforseen at SCCC.

| RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR# PRINT LT Lewis 614 | SIGNATURE: PRINT | DIV./DEPT. RTC | DATE: 4/24/24 |
|---|---|---|---|

### THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY ! *(Esta sección debe ser completada por el individuo.)*

| INDIVIDUAL IN CUSTODY SIGNATURE (Firma del individuo bajo custodia.: Michael Mays | DATE RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida) May 6, 2024 |
|---|---|

## INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL *( Solicitud de apelación del individuo )*

• To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.

*Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendario a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** *(Base de apelación del individuo.)*
**DATE OF APPEAL REQUEST:** *(Fecha de la solicitud de la apelación.)* May 6 2024

I was taken to zoom court after my case had been called. It has happened num. 3 of times. My lawyer was in court waiting for me but couldn't wait any longer. CCDOC is under staffed and cannot handle this court an...

### DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*          Yes ☐    No ☑

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

R/Dir unable to substantiate or deny IIC claims. Original response to stand — IIC may re-address supt training for court or Attorney may re-address w/court.

| IIC SERVICES DIRECTOR/DESIGNEE (Director de Servicios de IIC / Designado): J. Miller | SIGNATURE (Firma): | DATE (Fecha): 5/10/24 |
|---|---|---|

*Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.*
*(Su respuesta de apelación y/o decisión será entregado al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

**DATE APPEAL RESPONSE/DECISION WAS FORWARDED:**
*(Fecha en que se envió la respuesta/decisión de apelación.)*
/ / MAY 1 3 2024

# Exhibit E

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodia)

| CONTROL # | Individual In Custody **SHORT #** |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | (! Para ser llenado solo por el personal de IIC Services !) |
|---|---|
| ☐ Emergency Grievance<br>☐ Grievance<br>☐ Non-Compliant Grievance | ☐ Cermak Health Services<br>☐ Superintendent:_____<br>☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME (Imprimir - Apellido del individuo): | PRINT - FIRST NAME (Imprimir – Primer nombre del individuo): | BOOKING NUMBER (# de identificación) |
|---|---|---|
| Mount | Michael | 2015112 7727 |
| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
| 8 | 3F | May 25, 2024 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.
*Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.*
The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.
*El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.*
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED -<br>DATE OF INCIDENT<br>(Fecha del Incidente) | REQUIRED -<br>TIME OF INCIDENT<br>(Hora del Incidente) | REQUIRED -<br>SPECIFIC LOCATION OF INCIDENT<br>(Lugar Específico del Incidente) | REQUIRED -<br>NAME and/or IDENTIFIER(S) OF ACCUSED<br>(Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| May 23 2024 | 7:30 AM | Division 8 / 3F | CCDOC<br>Tom Dart |

On May 23 2024 I had a court appearance by Zoom. Once again I missed my court appearance because I was not taken to the zoom room after my case was taken. This continues to happen day to day forcing cases to have my court appearances. They were added back to June 7. Still there have been three continuances.

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:<br>(Nombre del personal o individuo que tengan información:) | SIGNATURE of Individual in Custody : (Individuo bajo custodia:)<br>Michael Mount |
|---|---|

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. | | |
|---|---|---|
| CRW NAME (Print):<br>Marbe | SIGNATURE: | DATE CRW RECIEVED:<br>5/28/24 |
| CRW NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |

(FCN-07) (FEB 23)  (**WHITE COPY** – IIC SERVICES DEPT.) (23) (**YELLOW COPY** – CRW)  (**PINK COPY** – INDIVIDUAL IN CUSTODY)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual In Custody SHORT #: |
|---|---|
| 2024X06442 | 774313 |
| PRINT: CRW LAST NAME | Hattur |

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

| Individual In Custody LAST NAME: Mayo | Individual In Custody FIRST NAME: Michael | BOOKING ID # : 2018112-7027 |
|---|---|---|

GRIEVANCE ISSUE AS DETERMINED BY CRW: 336-1 Security Procedure (Movement)

IMMEDIATE CRW RESPONSE (if applicable): N/A

CRW/ REFERRED THIS GRIEVANCE TO ( *Example:* Superintendent, Cermak Health Services ): Div Supt ERTU  —  DATE REFERRED: 5/24/24

### RESPONSE BY PERSONNEL HANDLING REFERRAL

There is no camera footage of IIC Mayo missing court. IIC was scheduled for court and is signed out on the movement sheet

| RANK - NAME OF PERSONNEL RESPONDING to GRIEV.: PRINT: T Lewis | STAR# 684 | SIGNATURE: PRINT: R. Lewis | DIV./DEPT.: RTC | DATE: 6/3/24 |
|---|---|---|---|---|

### THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY ! *(Esta sección debe ser completada por el individuo.)*

INDIVIDUAL IN CUSTODY *SIGNATURE (Firma del individuo bajo custodia.:* Michael Mayo

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* June 12, 2024

### INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL ( *Solicitud de apelación del individuo* )

• To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.

*Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: *(Base de apelación del individuo.)*
DATE OF APPEAL REQUEST: *(Fecha de la solicitud de la apelación.)* June 21, 2024

Yes - Case tell to zoom, but it was after my court call. This has happened many times. The problem is I am being tell after the full hearing call for me court is over with and late. Though zoom to...

### DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*   Yes ☐   No ☒

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

Original response to grind - R/Dir unable to substantiate IIC claims.

| IIC SERVICES DIRECTOR/DESIGNEE *(Director de Servicios de IIC / Designado):* McMellonX | SIGNATURE *(Firma):* | DATE *(Fecha):* 6/23/24 |
|---|---|---|

---

*Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.*
*(Su respuesta de apelación y/o decisión será entregado al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

DATE APPEAL RESPONSE/DECISION WAS FORWARDED:
*(Fecha en que se envió la respuesta/decisión de apelación.)* / / JUL 0 1 2024

(FCN- 08 )(FEB 23)     (WHITE COPY – IIC SERVICES)   (24)   (YELLOW COPY – CRW)     (PINK COPY – INDIVIDUAL IN CUSTODY)

Michael C. Mayo
20181127027
2700 South California
Chicago, IL 60608



CERTIFIED MAIL™

7002 3150 0000 6675 7780

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

Cert
$8/9.30



09/05/2024-8

**RECEIVED**

SEP 05 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT