MR

JC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Michael C. Mayo

VS.

Case No: 24-CV-8127

Tom Dart (Sheriff)
John Doe
Jane Doe

FILED

SEP 24 2024 J.C

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Amended Complaint

COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

# PROFILE INFORMATION FORM

1. Name:
Michael (First) Cooper (Middle) Mayo (Last)

2. List any current/prior prison identification number(s): N/A

3. Jail identification number(s): 20181127027
Name of jail(s): Cook County

4. Date of birth 12-20-1976

5. Home address
Street number and name: 530 East 88th Street
City, State and Zip Code: Chicago, IL 60619

I. Plaintiff:

    A. Name: Michael Cooper Mayo

    B. List all aliases: N/A

    C. Prisoner identification number: 20181127027

    D. Place of present confinement: Cook County Jail

    E. Address: 2700 South California Chicago, IL 60608

II. Defendant(s):

    A. Defendant: Tom Dart

       Title: Cook County Sheriff

       Place of Employment: Cook County Dept. of Corrections

    B. Defendant: John and Jane Doe

       Title:

       Place of Employment: Cook County Jail

III. List ALL lawsuits you have filed in any state or federal court in the United States:

A. Name of case and docket number: Mayo V. Dart, et al. 21-CV-04653

B. Approximate date of filing lawsuit: 2021

C. List all plaintiffs: Michael Cooper Mayo

D. List all defendants: Larry Gavin, Karen Jones-Hayes, Damita Delitz, Brendon Lombardi, Director Miller, Officer Buchanan, Tom Dart, and LT. Douge

E. Court in which the lawsuit was filed: Federal Court (Northern District Eastern Division)

F. Name of judge: Hon John J. Tharp Jr.

G. Basic claim made: Failure to Protect, Excessive Force and Retaliation

H. Disposition of this case: Settled 2024

I. Approximate date of disposition: 2024

III. Continued

A. Name of case and docket number: Mayo V. Dart 21-cv-05014

B. Approximate date of filing lawsuit: 2021

C. List all plaintiffs: Michael Cooper Mayo

D. List all defendants: Tom Dart

E. Court in which the lawsuit was filed: Federal Court (Northern District Eastern Division)

F. Name of judge: Hon. M. David Weisman

G. Basic claim made: COVID-19 Exposure

H. Disposition of this case: Settled

I. Approximate date of disposition: 2024

# IV. Statement of Claim:

I have been detaineed at the Cook County Jail since Nov. 27, 2018. I am a disabled veteran who requires the use of a wheelchair. In the last two years I have been prohibited from going to the gym where courts are being held by zoom, beeause the gym is not handicap accessible. As a result I am taken to a room on the same floor as my tier (3FRTU) for zoom court. This has become a chronic problem because for countless court dates (in person and by zoom) I have been picked up late, not at all, or miss placed and unable to be found in the jail. Plaintiff began documenting these events on April 11, 2023. On April 10, 2023 plaintiff was to be in court in person. Plaintiff was woken up at 5:00 am, placed in a bullpin for over five hours and no one from the next shift knew where the plaintiff was. When plaintiff was finally located, plaintiff was rushed to court. During plaintiff's transport to court, plaintiff was not strapped down properly in the handicap van and plaintiff was flipped over on his neck suffering injuries. Plaintiff asked officers to use another van, but they ignored plaintiff's request. (Grievance filed April 11, 2023) Exhibit F On April 10, 2023 officers transported plaintiff to court late and the case was continued to April 14, 2023. On April 14, 2023 plaintiff again was woken up at 5:00AM, placed in a

bullpin for over five hours and no one from the next shift knew where plaintiff was. It was presumed that plaintiff had possibly escaped and multiple sergeants came to plaintiffs' tier (3F RTU) to interview plaintiff's roommates. When plaintiff was finally found plaintiff was rushed to court again, but once again arrived too late for court and plaintiffs' case was continued. Plaintiffs' lawyer (Dean C. Morask) on April 14, 2023 sent the superintendent of division 8-RTU a letter that stated: "Mr. Mayo was to be in court in person on April 14, 2023. At 10:45 am, he had still not left the jail. The case was continued to April 21, 2023 before Judge Gillespie, room 107, in Skokie and Mr. Mayo is to be there in person and on time.
Mr. Mayo has missed countless zoom and in person sessions to the point his absence in court is intolerable. Please have the courtesy to obey the judge's writ and have him in court on time, as he is supposed to be. If you have any questions, please contact me." (Exhibit A) (Plaintiffs' lawyer's letter to the superintendent, on April 14, 2023 had no effect, for the remainder of 2023 and into 2024, CCDOC continued to bring plaintiff to court late or not at all.) On [redacted] April 21, 2023 plaintiff again arrived too late for court and got a continuance. Almost a year later on March 29, 2024 plaintiffs' lawyer wrote another letter to the superintendent for Div 8 RTU and stated:

"Division Eight consistently does not bring my client to appear in court in Skokie, room 107, by zoom.
It happened again today, March 29, 2024.
It has happend at least seven times previously.
My client has a right to appear in court on his cause.
His case was reset to April 12, 2024.
Please assure he is in -

Statement of Claim Continued:

court on zoom or I will ask the judge for process to assure he is in attendance." (Exhibit B)
Grievance filed April 8, 2024 (Exhibit C)
On my next court date April 12, 2024 I was brought to court late and got a continuance until April 19, 2024. (Grievance filed April 12, 2024 Exhibit D)
On May 23, 2024 I had court, but missed again because I was brought to court late. Case was continued to June 7, 2024. (Grievance filed May 25, 2024 Exhibit E)
During the discovery process plaintiff is sure his claims will be boistered by Jail/court records and witness testimony. Plantiff finds Tom Dart liable because he either implemented policy or endorsed those who implemented policy that negatively effected plaintiff. John and Jane Doe are liable for deliberate indifference, violations of Americans Disability Act and due process violations. For each court date that plaintiff missed there was a court pass printed for plaintiff and issued to the tier officer assigned to plaintiff's tier. Not only were tier officers aware plaintiff had court, but plaintiff can be seen on tier cameras approaching officers to remind them

Statement of Claim Continued:

he had court. In addition defendants violated plaintiff's rights under ADA because the gym where court is held is not handicap accessable, causing plaintiff to be seperated from everyone else and not taken to court. Plaintiff has a right to be in court, defendants failure to do so is a violation of plaintiff's due process rights. Plaintiff seeks personal monetary relief and injunctive relief for all disabled individuals in custody who use wheelchairs. Plaintiff has also suffered monetary damages for additional lawyer appearances that would not have been necessary had CCDOC had plaintiff at court on time.

V. Relief:

Plaintiff seeks compensatory, punitive and nominal relief. Plaintiff further seeks injunctive relief for all disabled individuals in custody who use wheelchairs. Also any awards the court finds proper and just.

VI. The plaintiff demands that the case be tried by a jury.

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 13th day of September, 2024

Michael C. Mayo
(Signature of plaintiff)

Michael C. Mayo
(Print name)

20181127027
(I.D. Number)

2700 South California Chicago, IL 60608
(Address)

# Exhibit A

**DEAN C. MORASK**
*Attorney at Law*
*416 Higgins Rd., Suite B*
*Park Ridge, Illinois 60068*
*Office: (312)360-0723*
*Fax: (847) 696-7182*
*dcmorask@gmail.com*

April 14, 2023

Superintendent for Division 8-RTU
Cook County Jail
2800 South California Avenue
Chicago, Illinois 60608
**Via Facsimile (773) 869-5441**
**Email: dwjs@cookcountysheriff.org**

**Re: Michael Mayo, I.D. No. 2018-1127027**

Dear Superintendent:

Mr. Mayo was to be in court in person on April 14, 2023. At 10:45 am., he had still not left the jail. The case was continued to April 21, 2023 before Judge Gillespie, room 107, in Skokie and Mr. Mayo is to be there in person and on time.

Mr. Mayo has missed countless zoom and in person sessions to the point his absence in court is intolerable.

Please have the courtesy to obey the judge's writ and have him in court on time, as he is supposed to be. If you have any questions, please contact me.

Sincerely,

Dean C. Morask
DCM:mc

cc: Michael Mayo, I.D. No. 2018-1127027

# Exhibit B

**DEAN C. MORASK**
*Attorney at Law*
*416 Higgins Rd., Suite B*
*Park Ridge, Illinois 60068*
*Office: (312)360-0723*
*Fax: (847) 696-7182*
*dcmorask@gmail.com*

March 29, 2024

Superintendent for Division 8-RTU
Cook County Jail
2800 South California Avenue
Chicago, Illinois 60608
**Via Facsimile (773) 869-5441**
**Email:** dwjs@cookcountysheriff.org

**Re: Michael Mayo, I.D. No. 2018-1127027**

Dear Superintendent:

Division Eight consistently does not bring my client to appear in court in Skokie, room 107, by zoom. It happened again today, March 29, 2024. It has happened at least seven times previously. My client has a right to appear in court on his cause. His case was reset to April 12, 2024. Please assure he is in court on zoom or I will ask the judge for process to assure he is in attendance.

Sincerely,

Dean C. Morask
DCM:mc

cc: Michael Mayo, I.D. No. 2018-1127027

# Exhibit C

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**

*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF *(! Para ser llenado solo por el personal de IIC Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

(1 of 2)

- ☐ Cermak Health Services
- ☐ Superintendent: ____________
- ☐ Other: ____________

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo)*: | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo)*: | BOOKING NUMBER *(#de identificación)* |
|---|---|---|
| Mayo | Michael | 20181127027 |
| **DIVISION** *(División)*: 8 | **LIVING UNIT** *(Unidad)*: 3F | **DATE** *(Fecha)*: April 8, 2024 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.

***Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.***

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language and must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.

***El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.***

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| March 09, 2024 | 7:30 AM - 11:30 AM | Division 8/3F | Tom Dart CCDOC |

I have been detained at the Cook County Jail since Nov. 27 2018. I am a disabled veteran who requires the use of a wheelchair for long distances. In the last two years I have been prohibited from going to the gym where courts are being held by zoom because the gym is not handicap accessible. Instead I am taken to a room on the same floor as my tier for zoom court. This has become a [illegible] problem because for at least 10 court dates I have been picked up late or not at all resulting in a

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)*

SIGNATURE of Individual in Custody: *(Individuo bajo costodia)*: Michael Mayo

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: |
|---|---|---|
| [illegible] | [signature] | 4/9/24 |
| | CRW NOTATION OF SENT EMAIL (Print): | DATE EMAIL NOTIFICATION SENT: |

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM

*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

(2 of 2)

- ☐ Cermak Health Services
- ☐ Superintendent: ____
- ☐ Other: ____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)*: |
|---|---|---|
| Mayo | Michael | 20181127027 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 8 | 3F | April 8 2024 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| [illegible] 2024 | [illegible] | Division 8/3F | Tom Dart CCDOC |

[illegible] date and an inevitable court continuance. The most [illegible] court date was March 29 2024. My lawyer has [illegible] to the division commander requesting [illegible] make sure I attend court, but I continue [illegible] on hand this chronic absence would not [illegible]. My next court date is April 12 2024, please make [illegible] I can attend. This is a due process violation and if it [illegible] I will seek legal advice for a remedy.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| [illegible] | Michael Mayo |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | [signature] | 4/8/24 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |



# COOK COUNTY SHERIFF'S OFFICE

*(Oficina Del Alguacil del Condado de Cook)*

## INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM

*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual In Custody SHORT #: |
|---|---|
| 2024X04172 | 774313 |
| PRINT: CRW LAST NAME | Hatcher |

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

| Individual In Custody LAST NAME: | Individual In Custody FIRST NAME: | BOOKING ID # : |
|---|---|---|
| Mayo | Michael | 2018427027 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: Legal Reading (material)

IMMEDIATE CRW RESPONSE (if applicable): N/A

CRW/ REFERRED THIS GRIEVANCE TO (*Example:* Superintendent, Cermak Health Services ): Sup. CRTI

DATE REFERRED: 4 / 9 / 24

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

[illegible handwritten response]

| RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR# | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| PRINT [illegible] PRINT | [signature] | [illegible] | __/__/24 |

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY !** *(Esta sección debe ser completada por el individuo.)*

| INDIVIDUAL IN CUSTODY *SIGNATURE* (*Firma del individuo bajo custodia.:*) | DATE RESPONSE WAS RECEIVED: (*Fecha en que la respuesta fue recibida*) |
|---|---|
| Michael Mayo | Apr / 12 / 2024 |

**INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL** ( *Solicitud de apelación del individuo* )

TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

- **To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.** *Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** *(Base de apelación del individuo.)*

**DATE OF APPEAL REQUEST:** *(Fecha de la solicitud de la apelación.)* Apr / 18 / 2024

This is a violation of my due process rights. I am in CCDOC custody and I am missing court on a regular Basis.

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**

*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)* Yes ☐ No ☑

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

Original response to stand - [illegible] unable to substantiate [illegible] IIC claims. Attorney may choose to re-address w/ court if so desired.

| IIC SERVICES DIRECTOR/DESIGNEE *(Director de Servicios de IIC / Designado)*: | SIGNATURE *(Firma)*: | DATE *(Fecha)*: |
|---|---|---|
| | | __/__/__ |

***Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.*** *(Su respuesta de apelación y/o decisión será entregado al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

DATE APPEAL RESPONSE/DECISION WAS FORWARDED: *(Fecha en que se envió la respuesta/decisión de apelación.)* APR 22 2024

(FCN- 08 )(FEB 23) (WHITE COPY – IIC SERVICES) (YELLOW COPY – CRW) (PINK COPY – INDIVIDUAL IN CUSTODY)

Exhibit D

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
| --- | --- |
| | |

**! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF** *(! Para ser llenado solo por el personal de IIC Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ____________
- ☐ Other: ____________

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo)*: | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo)*: | BOOKING NUMBER *(# de identificación)* |
| --- | --- | --- |
| Mayo | Michael | 20181127027 |
| DIVISION *(División)*: 8 | LIVING UNIT *(Unidad)*: 3F | DATE *(Fecha)*: April 12, 2024 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.

***Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.***

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.

***El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.***

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
| --- | --- | --- | --- |
| [illegible] 2024 | 11:30 AM | Division 3 [illegible] | [illegible] CCDOC |

Today I was supposed to [illegible] court by zoom [illegible] was on zoom at 9:30 AM [illegible] I was not taken to zoom court until 11:30 AM [illegible] after my lawyer had left. My court date [illegible] These [illegible] my lawyer [illegible] I [illegible]

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o individuo que tengan información:)*

SIGNATURE of Individual in Custody: *(Individuo bajo costodia)*: Michael Mayo

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: |
| --- | --- | --- |
| [illegible] | [signature] | 4/15/24 |
| | CRW NOTATION OF SENT EMAIL (Print): | DATE EMAIL NOTIFICATION SENT: |

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual In Custody SHORT #: |
|---|---|
| 2024X045732 | 794313 |
| PRINT: CRW LAST NAME | Heflebower |

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

| Individual In Custody LAST NAME: | Individual In Custody FIRST NAME: | BOOKING ID # : |
|---|---|---|
| Mack | Michael | 2016-1120027 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: Zoom Court Procedure (Movement)

IMMEDIATE CRW RESPONSE (if applicable): N/A

CRW/ REFERRED THIS GRIEVANCE TO ( *Example:* Superintendent, Cermak Health Services ): Div Supt. RTU

DATE REFERRED: 4 / 16 / 24

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Zoom court staff did not receive notification that IIC [illegible] [illegible] [illegible] [illegible] [illegible]. [illegible] [illegible] [illegible] [illegible] [illegible] of [illegible].

| RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR# | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| PRINT L. Lewis [illegible] | PRINT [signature] | RTC | 4 / 24 / 24 |

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY !** *(Esta sección debe ser completada por el individuo.)*

| INDIVIDUAL IN CUSTODY *SIGNATURE* *(Firma del individuo bajo custodia.:* | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| [signature] | May / 6 / 2024 |

**INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL** *( Solicitud de apelación del individuo )*

TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

- **To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.** *Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** *(Base de apelación del individuo.)*
**DATE OF APPEAL REQUEST:** *(Fecha de la solicitud de la apelación.)* May / 6 / 2024

I was taken to zoom court after my case had been called. It was happened numerous times. My [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]. CCDOC is under staff and cannot handle zoom court.

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*

Yes ☐ No ☐

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

[illegible] unable to substantiate [illegible] [illegible] IIC [illegible]. [illegible] response to stand — IIC may re-address [illegible] for [illegible] [illegible] [illegible] [illegible].

| IIC SERVICES DIRECTOR/DESIGNEE *(Director de Servicios de IIC / Designado):* | SIGNATURE *(Firma):* | DATE *(Fecha):* |
|---|---|---|
| [illegible] | [signature] | 5 / 10 / 24 |

***Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.*** *(Su respuesta de apelación y/o decisión será entregado al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

DATE APPEAL RESPONSE/DECISION WAS FORWARDED: *(Fecha en que se envió la respuesta/decisión de apelación.)* / / MAY 13 2024



ExhibitE

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

## INDIVIDUAL IN CUSTODY GRIEVANCE FORM

*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF *(! Para ser llenado solo por el personal de IIC Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ____________
- ☐ Other: ____________

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo)*: | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo)*: | BOOKING NUMBER *(# de identificación)*: |
|---|---|---|
| [illegible] | [illegible] | [illegible] |
| **DIVISION** *(División)*: 8 | **LIVING UNIT** *(Unidad)*: 3F | **DATE** *(Fecha)*: May 25 2024 (?) |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.

***Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.***

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language and must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.

***El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.***

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| May 23 (?) [illegible] | 7:00 AM (?) | D[illegible] | [illegible] |

[illegible]

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo costodia)*: |
|---|---|
| | [signature] |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: |
|---|---|---|
| [illegible] | [signature] | [illegible] |
| | CRW NOTATION OF SENT EMAIL (Print): | DATE EMAIL NOTIFICATION SENT: |

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual In Custody SHORT #: |
|---|---|
| 2024X06442 | 7-4313 |
| PRINT: CRW LAST NAME: Holder | |

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

| Individual In Custody LAST NAME: Mayo | Individual In Custody FIRST NAME: Michael | BOOKING ID # : 2019112 7027 |
|---|---|---|

GRIEVANCE ISSUE AS DETERMINED BY CRW: 336 - Facility Procedure - (Movement)

IMMEDIATE CRW RESPONSE (if applicable): N/A

CRW/ REFERRED THIS GRIEVANCE TO (*Example:* Superintendent, Cermak Health Services): Div Supt ERTH

DATE REFERRED: 5 / 29 / 24

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

There is no camera footage of IIC mayo missing court. IIC was scheduled to court and is signed out on the movement sheet

| RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR# | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| PRINT: [illegible] Lewis 684 | PRINT: R. Lewis | RTC | 6 / 13 / 24 |

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY !** *(Esta sección debe ser completada por el individuo.)*

INDIVIDUAL IN CUSTODY *SIGNATURE* (Firma del individuo bajo custodia.: Michael Mayo

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* June / 21 / 24

**INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL** *( Solicitud de apelación del individuo )*

TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

- **To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.**
  *Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** *(Base de apelación del individuo.)*
**DATE OF APPEAL REQUEST:** *(Fecha de la solicitud de la apelación.)* June / 21 / 2024

[illegible] to Zoom, but it was after my court [illegible]

TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*

Yes ☐ No ☑

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

[illegible] IIC claims.

| IIC SERVICES DIRECTOR/DESIGNEE *(Director de Servicios de IIC / Designado):* | SIGNATURE *(Firma):* | DATE *(Fecha):* |
|---|---|---|
| [illegible] | [illegible] | 6 / 28 / 24 |

***Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.***
*(Su respuesta de apelación y/o decisión será entregado al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

DATE APPEAL RESPONSE/DECISION WAS FORWARDED: *(Fecha en que se envió la respuesta/decisión de apelación.)* JUL 01 2024

(FCN- 08 )(FEB 23) (WHITE COPY – IIC SERVICES) (YELLOW COPY – CRW) (PINK COPY – INDIVIDUAL IN CUSTODY)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodia)*

2023X05920 | 794312

☐ Emergency Grievance
☒ Grievance — 350 (1-13)
☐ Non-Compliant Grievance

☐ Commissary/Vending Services
☒ Superintendent — EMCP
☐ Other:

| LAST NAME | FIRST NAME | BOOKING NUMBER |
|---|---|---|
| Mayo | Michael | 20181127027 |
| DIVISION: 8 | LIVING UNIT: 3F | DATE: April 14, 2023 |

GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

[illegible]

DIRECTRICES DE QUEJAS Y RESUMEN DE QUEJA

[illegible]

| DATE OF INCIDENT | TIME OF INCIDENT | SPECIFIC LOCATION OF INCIDENT | NAME AND/OR IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| April 10, 2023 | 10:00AM-2:00pm | Division 8/3F | Tom Dart<br>Officer Harney<br>Sergeant (unknown) |

On April 10, 2023 I was being transported to court in a handicap accessible van (Van# 5582). There was a officer by the Name Harney and a white shirt (Sergeant) who had his name plate covered. I was shackled and blue boxed to my wheelchair. Officer Harney made one point of contact to the left rear wheel of the wheelchair. As we were driving, officer Harney took the turn for the Rolling Meadows exit. During this turn my wheelchair flipped over to the left swelling my head

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:
Body camera / Officer Harney

SIGNATURE OF INDIVIDUAL IN CUSTODY: Michael Mayo

CRW NAME (Print): D. Wilson | SIGNATURE: [redacted] | DATE CRW RECEIVED: 4-12-23

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED:

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de queja del recluso)

| 2023X05920 | 794813 |
|---|---|

☐ Non-Compliant Grievance: 350 (2 of 3)

Other: EXOP

| LAST NAME (Apellido) | FIRST NAME (Primer Nombre) | BOOKING NUMBER |
|---|---|---|
| Mayo | Michael | 2018112 7027 |
| DIVISION: 8 | LIVING UNIT: 3F | DATE: April 16, 2023 |

**GRIEVANCE GUIDELINES AND DIRECTIONS**

[illegible]

**DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA**

[illegible]

| DATE OF INCIDENT | TIME OF INCIDENT | SPECIFIC LOCATION OF INCIDENT | NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| April 10, 2023 | 10:00 AM - 2:00 PM | Division 8/3F | Tom Dart, Officer Harney, Sergeant (Unknown) |

in between the window and the wheelchair. I began screaming for help but the officer continued to drive. All the while I was trying to brace my neck against the window to prevent further injury. Once we pulled into the Rolling Meadows garage the two officers got out the van and tried to help me. (Both officers had their body cameras on and recording). Since I was shackled and blue boxed to the wheelchair it took the officers a while to up right the wheelchair and

NAME OF PERSONS WHO MAY HAVE INFORMATION REGARDING THIS COMPLAINT: Body camera / Officer Harney

INMATE SIGNATURE: Michael Mayo

CRW/PLATOON COUNSELOR (PRINT): D. Wilson

DATE CRW/PLATOON COUNSELOR RECEIVED: 4.12.23

SUPERINTENDENT/DIRECTOR/DESIGNEE (PRINT):

SIGNATURE:

DATE REVIEWED:

(FCN-73)(NOV 17) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

2023X05920 | 794313

☐ Grievance 350 (3 of 3)
☐ Non-Compliant Grievance

☐ Other: EXC 2

| Inmate Last Name | First Name | Booking Number |
|---|---|---|
| Mayo | Michael | 20181127027 |
| Division 8 | Living Unit 3F | Date April 4, 2023 |

| Date of Incident | Time of Incident | Specific Location of Incident | Name and/or Identifier(s) of Accused |
|---|---|---|---|
| April 10, 2023 | 10:00 AM 2:00 PM | Division 8/3F | Tan Dart Officer Harney Sergeant (unknown) |

unshackle me. Upon my return to the Cook County Jail, I requested medical attention. I was transported to Cermak where I was seen by doctor Yu. No X-rays were taken and I was told I was fine. I was given pain meds and sent back to division 8/3F. This morning April 11, 2023 I woke to a very sore neck and limited range of motion and a sore abdomen. I submitted a medical slip on April 11, 2023, requesting further medical treatment.

Body Camera / Officer Harney

Inmate Signature: Michael Mayo

| CRW/Platoon Counselor (Print) | | Date CRW/Platoon Counselor Received |
|---|---|---|
| D. Wilson | | 4.12.23 |
| Superintendent/Director/Designee (Print) | Signature | Date Reviewed |

(FCN-73)(NOV 17) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

COOK COUNTY SHERIFF'S OFFICE

INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM

2023X05420 | 794313

Wilson

Mayo | Michael | 2018l127627

560 Thompson

EXO? DOD | 4/19/23

[illegible handwritten response]

4/21/23

Michael Mayo

To exhaust administrative remedies, a grievance appeal must be made on this form and within 14 calendar days of the date the individual received the above-noted response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grievance has been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:

DATE OF APPEAL REQUEST: May 9, 2023

I did receive medical attention, but I still have neck pain. I should have been properly secured in the van and this would have never happened. My neck and shoulders are still recovering from this incident.

DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL? Yes / No (circled: No)

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:

Original Response to Stand. IIC should follow-up with Medical directly for alleged health issues.

J. Mueller | DATE: 5/12/23

Appeal response and/or decision returned to IIC via Inter-departmental mail, U.S. mail or direct delivery.

DATE APPEAL RESPONSE/DECISION WAS FORWARDED: MAY 1 8 2023

(FCN-39)(AUG 22) | (WHITE COPY – IIC SERVICES) | (YELLOW COPY – CRW) | (PINK COPY – INDI...

Michael C. Mayo #20181127027
Cook County Jail
2700 S. California Avenue
Chicago, IL 60608

CERTIFIED MAIL™
7002 3150 0000 6675 7773

083F

Clerk Office US District Court
219 South Dearborn 20th Floor
Chicago, IL 60604

09/24/2024-19

Case# 24-CV-8127



RECEIVED

SEP 24 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT