IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Michael C. Mayo, | ) | |
| | ) | |
|     *Plaintiff*, | ) | |
| | ) | No. 24-cv-8127 |
| -*vs*- | ) | |
| | ) | *(Judge Tharp)* |
| Tom Dart, in his official capacity | ) | |
| as Sheriff of Cook County, and | ) | |
| Cook County, Illinois, | ) | |
| | ) | |
|     *Defendants*. | ) | |

## SECOND AMENDED COMPLAINT

Pursuant to leave of Court, plaintiff, by counsel, files this second amended complaint and alleges as follows:

1. This is a civil action arising under Section 202 of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12132, and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794(a). The jurisdiction of this Court is conferred by 28 U.S.C. § 12132 and 29 U.S.C § 794a(a)(2).

2. Plaintiff Michael C. Mayo, a resident of the Northern District of Illinois, is a defendant in a criminal case pending in the Circuit Court of Cook County, No. 18CR1127027; Mayo has been confined as a pre-trial detainee in the Cook County Jail since November 27, 2018.

3. Defendant Sheriff of Cook County is sued in his official capacity only.

4. The Sheriff, at all times relevant, has received federal funds for the operation of the Cook County Jail.

5. Defendant Cook County is joined in this action pursuant to *Carver v. Sheriff of LaSalle County*, 324 F. 3d 947 (7th Cir. 2003).

6. Plaintiff is disabled; his physical impairment substantially limits his major life activity of walking.

7. Defendant Sheriff regards plaintiff as having a physical impairment that substantially limits his major life activity of walking and has designated him as a person who requires a wheelchair for long distance movement.

8. In the more than six years that he has been detained at the Cook County Jail, plaintiff has been scheduled to attend a court hearing, either in person or by video, about once each month.

9. On many occasions in the last two years, the Sheriff has declined to allow plaintiff to attend scheduled court hearings. Both plaintiff and his attorney in the criminal case have complained to the Sheriff to no avail.

10. As a result of the foregoing, plaintiff has been deprived of access to programs available to non-disabled detainees and denied a reasonable accommodation for his disability in violation of the ADA and the RA and incurred compensable damages.

11. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff prays for an appropriate award of compensatory damages against defendants, and for an award of costs, including attorney fees.

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC No. 830399
Joel A. Flaxman
200 S Michigan Ave Ste 201
Chicago, IL 60604-2430
(312) 427-3200
knf@kenlaw.com
*Attorneys for Plaintiff*